# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00608-CV

**Sharon L. Epstein; Paul J. Gebauer; Jessie B. Gebauer; Ira L. Epstein;
and All Occupants of 2335 Wright Circle, Round Rock, Texas 78664, Appellants**

**v.**

**Bank of America, N.A., Appellee**

### FROM THE COUNTY COURT OF LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 12-1847-CC4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The occupants of 2335 Wright Circle in Round Rock have failed to file their brief by the May 30, 2014 final deadline set in our most recent extension order,[1] nor have they made any other form of response. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Prosecution

Filed: June 11, 2014

_____

[1] *See Epstein v. Bank of America, N.A.*, No. 03-13-00608-CV (Tex. App.—Austin May 9, 2014, order) (per curiam), *available at* http://www.3rdcoa.courts.state.tx.us.